*Law Office of*
*Douglas R. Dollinger, P.C.*
*& Associates, Counselors at Law*
*Admitted to Both*
*State and Federal Practice*

*Telephone*
*845.741.9363*
_____
*Affiliated Offices*
San Fransisco California
New York City New York

570 County Route 49
Middletown, New York 10940
ddollingeresq@gmail.com

April 30, 2024

Hon. Margaret M. Garnett
United States District Court
Southern District of New York
40 Foley Square, Room 2102
New York, New York 10007

Re: Lask v Rhee-Karn et al, Docket 24-cv-02666

Your Honor:

Plaintiff's claim that she did not receive any of the documents and only discovered the removal of her State Court Action on April 29, 2024, is patently false.

The Court should deny Plaintiff's request for a stay. The Summons with Notice was filed in New York County Supreme Court on February 2, 2024. Defendants received emails with attachments on March 20, 2024, from Attorney Dudleson advising them the action had commenced and requested that the Defendants accept service of process.

On April 9, 2024, the Notice of Removal was served on Attorneys Lask and Dudleson via USPS mail at the addresses presented on the Summons with Notice Ex 1-2, and also, via email sent by the Supreme Court Clerk at the email addresses on file with the NYSCEF service list as consented to when the Summons with Notice was filed.

The NYSCEF Notice provides:

> "An email regarding this filing has been sent to the following on 04/09/2024 04:13 PM:
>
> **ALEXANDER M. DUDELSON - adesq@aol.com**
> **SUSAN C. LASK - scl@appellate-brief.com**" Ex-3.

Notices of Appearance for both counsels should have been filed within a few days of Defendants' filing their Notice of Removal. Any further claim of defect in the removal of the action from state court is without merit. Moreover, any stay of these proceedings should be addressed to Magistrate Judge Robert W. Lehrburger concerning scheduling in this matter.

Respectfully,

*Douglas R. Dollinger, Esq.*
Douglas R. Dollinger, Esq.
DRD/mg ECF Filed.