```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/2/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SUSAN LASK,

                Plaintiff,

      - against -

MARGARET RHEE-KARN and DOUGLAS R. DOLLINGER,

                Defendants.
------------------------------------------------------------X

24-CV-2666 (MMG) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      Having considered the parties' correspondence concerning Plaintiff's request for a stay pending Plaintiff's filing of a motion to remand by May 9, 2024, it is hereby ordered that (1) Plaintiff shall file her motion to remand no later than May 9, 2024; and (2) the initial pretrial conference currently scheduled for May 14, 2024 is adjourned sine die. The Clerk of Court is respectfully directed to terminate the letter motion for a stay at Dkt. 8.

                              SO ORDERED.

                              _____
                              ROBERT W. LEHRBURGER
                              UNITED STATES MAGISTRATE JUDGE

Dated: May 2, 2024
         New York, New York

Copies transmitted this date to all counsel of record.