UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
SUSAN LASK,

                           Plaintiff,          Docket No: 24-cv-02666( MMG)

       -against-

MARGARET RHEE-KARN &
DOUGLAS R. DOLLINGER,

                          Defendants.
---------------------------------------------------------------X

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that Plaintiff Susan Lask hereby moves this Court pursuant to 28 USC 1447 for an order remanding this case to state court and for attorney fees under the statute

**PLEASE TAKE FURTHER NOTICE** that Plaintiff's opposition and reply papers shall be served in accordance with Local Civil Rule 6.1.

Dated:  May 9, 2024                      Respectfully submitted,
                                              Law Offices of Susan Chana Lask

                                              /s/ Susan Chana Lask
                                            *Counsel for Plaintiff Lask*