UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
SUSAN LASK,

       Plaintiff,    Docket No: 24-cv-02666 (MMG)

   -against-

MARGARET RHEE-KARN &
DOUGLAS R. DOLLINGER,

       Defendants.
----------------------------------------------------------------X

  Pursuant to 28 U.S.C.§ 1746, I hereby declare as follows:

1. I am a licensed process server in the State of New York.

2. The Affidavit of Service dated April 2, 2024 signed by me explains I served the doorman a "letter". That means I served an envelope with the Summons with Notice described on the Affidavit inside the envelope and I told him I was serving legal documents to deliver to Defendant Rhee-Karn.

3. At the end of the Affidavit at "Other" I use the word "respondent" to refer to Rhee-Karn and the last sentence I erroneously used that word to refer to me. It should read "Server informed doorman", not "Respondent informed doorman"

  I declare under penalty of perjury that the foregoing is true and correct. Executed on May 9, 2024.



              _____
              Beth Brice