*Law Office of*

*Douglas R. Dollinger, P.C.*

*& Associates, Counselors at Law*

*Admitted to Both*
*State and Federal Practice*

*Telephone*
845.741.9363

*Affiliated Offices*
San Fransisco California
New York City New York

570 County Route 49
Middletown, New York 10940
ddollingeresq@gmail.com

June 7, 2024

United States District Court
Southern District of New York
500 Pearl St.
New York, New York 10007-1312
Attn: Magistrate Judge Robert W. Lehrburger

Re: Lask v Rhee-Karn et al, Docket 24-cv-02666.

Your Honor:

Notwithstanding this Court's Order, or Mr. Dudleson's claim he needed the additional time to file a Reply based on the volume of the Defendants' Response to the Plaintiff's Motion to Remand (Dkt 14), or Ms. Lask's claim to this Court of her incapacity to communicate in the Rhee-Karn matter (SDNY 15-cv-09946), the Reply was submitted late by Ms. Lask on June 7, 2024. (Dkts. 19-23).

Based on the late filing and the distortions concerning the law as argued, together with the fabrication and factual claims, the Defendants are seeking the Court to strike Ms. Lask's filing. (DE23). Alternatively, the Defendants would request they be granted 7 days to June 14, 2024, to Sur-Reply. The arguments lack a cogent or accurate recital of both the law and the facts. They stray from the original motion and are simply intended to be inflammatory in the manner presented and done so for the purpose of later pointing to the lack of denial or response by the Defendant's. Moreover, they are additional proof of her stalking counsel and my Firm's clients since 2011.

Respectfully,

*Douglas R. Dollinger, Esq.*
Douglas R. Dollinger, Esq.

DRD/mg ECF Filed.