*Law Office of*

*Douglas R. Dollinger, P.C.*

*& Associates, Counselors at Law*

*Admitted to Both*
*State and Federal Practice*

*Telephone*

*845.741.9563*

*Affiliated Offices*
San Fransisco California
New York City New York

570 County Route 49
Middletown, New York 10940
ddollingeresq@gmail.com

December 24, 2024

United States District Court
Southern District of New York
500 Pearl St.
New York, New York 10007-1312
Attn: Magistrate Judge Robert W. Lehrburger

Re: Lask v Rhee-Karn et al, Docket 15-cv-2666 RWL

Your Honor:

I am in receipt of Attorney Lask's request for enlargement and consent to her request. (ECF 45.)  However,  I am uncertain of the pending motions and any response or reply to dates which may have passed or are due. I have tried reconciling the docket,  but for me there appears to be a degree of confusion with the due dates for what was to be submitted and reviewed by the Court on remand from Judge Garnet.

To save time I would ask the Court to allow the Defendants' prior filings on remand, objections and sanctions to stand (ECF  18, 29 and 32) and simply request permission to file a single document of not more than seven pages concerning any outstanding motion and the responses or replies which were permitted or may be due based on Ms. Lask's filings, no later than December 27, 2024.

I have served a copy of my request to Ms. Lask asking her to consent to MY NEED for clarification and consent to file.   She has not yet responded but usually responds very quickly. It may be that she is unavailable due to the holidays, and I wanted to have the matter before the Court as it considers Ms. Lask extension and my concerns.

Respectfully,

*Douglas R. Dollinger, Esq.*
Douglas R. Dollinger, Esq.

DRD/mg ECF filed.

Granted.  Defendant may file a unified reply brief of no more than 7 pages.  Any reply shall be filed by January 7, 2025.

SO ORDERED:

12/26/2024

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE