**Law Office of**
**Douglas R. Dollinger, P.C.**
**& Associates, Counselors at Law**

*Admitted to Both*
*State and Federal Practice*

*Telephone*
845.741.9363

*Affiliated Offices*
San Fransisco California
New York City New York

570 County Route 49
Middletown, New York 10940
ddollingeresq@gmail.com

December 27, 2024

United States District Court
Southern District of New York
500 Pearl St.
New York, New York 10007-1312
Attn: Magistrate Judge Robert W. Lehrburger

> The requested extension is denied as moot in light of the extension to January 7, 2025, at Dkt. 50.
>
> SO ORDERED:
>
> 12/27/2024
>
> HON. ROBERT W. LEHRBURGER
> UNITED STATES MAGISTRATE JUDGE

Re: Lask v Rhee-Karn et al. Docket ~~15~~-cv-2666 RWL
    24

Your Honor:

    After fully reviewing the Motions filed by Ms. Lask, based on the content of the Motions and because they fall outside the arguments set forth in the prior pleadings, creating potential issues with my clients and their representation of them, some of who I was only able to contact early this afternoon, I am requesting until Monday December 31, 2024, to file my document in this matter. I will not enlarge my response past the seven pages granted for the Memorandum and will keep the supporting declarations well within reason.

    Ms. Lask has granted her consent.

Respectfully,

*Douglas R. Dollinger, Esq.*
Douglas R. Dollinger, Esq.

DRD/mg ECF filed.