```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SUSAN LASK,                                                 :
                                                            :      24-CV-2666 (MMG) (RWL)
                          Plaintiff,                        :
                                                            :
           - against -                                      :      ORDER
                                                            :
MARGARET RHEE-KARN and DOUGLAS R.                           :
DOLLINGER,                                                  :
                                                            :
                          Defendants.                       :
------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

This Court currently has sub judice the parties' various motions concerning removal, remand, and sanctions related thereto. The Court requires the following submissions from Plaintiff and Defendants.

1. Pursuant to Federal Rule of Civil Procedure 7.1(a)(2), "[i]n an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), a party ... must ... file a disclosure statement ... [that] identif[ies] the citizenship of ... every individual or entity whose citizenship is attributed to that party" and must do so when the action is removed. Plaintiff's state of citizenship is a pivotal issue with respect to the pending motions. Plaintiff has not filed the requisite disclosure. Accordingly, by **February 27, 2025**, **Plaintiff** shall file a Rule 7.1 disclosure that identifies her state of citizenship (which is based on domicile, not residence) both at the time she filed her action in state court and at the time Defendants filed for removal to federal court.

2. By **February 27, 2025, the Defendant** who first became aware of the Verified Complaint that Plaintiff Lask filed in *Lask v. Fallon*, No. 24-CV-4751 (E.D.N.Y.), Dkt. 1 (the "Verified Complaint"), shall file an affidavit that (i) confirms that, as between the two

1

Defendants, he or she is the one who first became aware of the Verified Complaint; (ii) identifies the day, month, and year when that Defendant first became aware of the Verified Complaint; and (iii) describes the circumstances by which that Defendant became aware of the Verified Complaint.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: February 19, 2025
      New York, New York

Copies transmitted this date to all counsel of record.