UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SUSAN LASK,

                Plaintiff,

        - against -

MARGARET RHEE-KARN and DOUGLAS R. DOLLINGER,

                Defendants.
------------------------------------------------------------X

24-CV-2666 (MMG) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

    Plaintiff's motion for reconsideration at Dkt. 57 is denied. The Court has not overlooked any argument, facts, or any other matter that would warrant reconsideration. Plaintiff's motion is premised on an incorrect assumption. The Court has not yet addressed or resolved Plaintiff's arguments based on the forum defendant rule or alleged absence of unanimity. Those will be addressed in due course if and when warranted.

    The Clerk of Court is directed to terminate the letter motion at Dkt. 57.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: February 21, 2025
       New York, New York

Copies transmitted this date to all counsel of record.

1