UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SUSAN LASK,

                            Plaintiff,

            - against -

MARGARET RHEE-KARN and DOUGLAS R. DOLLINGER,

                          Defendants.
------------------------------------------------------------X

24-CV-2666 (MMG) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      Diversity of citizenship has been a key issue at the outset of this case. On February 19, 2025, the Court ordered Plaintiff Lask to "file a Rule 7.1 disclosure that identifies her state of citizenship (which is based on domicile, not residence) both at the time she filed her action in state court and at the time Defendants filed for removal to federal court." (Dkt. 56.) The order required Lask to file her disclosure by February 27, 2025. (*Id.*) Lask filed her disclosure a day late, on February 28, 2025. (Dkt. 62.)

      More significantly, Lask did not file the disclosure ordered by the Court. With respect to citizenship and domicile, Lask stated "Plaintiff was *not* a domicile of New York at the time of filing the state complaint and on the date removal was filed." (*Id.* at 2 (emphasis added).) Lask well knows that the Court already has found problematic the parties' failure to properly set forth assertions of citizenship — including that it is not sufficient to assert that the party is not a citizen of the forum state. Rather, the party must identify the state of which they are a citizen. In any event, the February 19, 2025, order could not have been clearer; it required Lask to certify her state of citizenship at the time

1

periods indicated.  And, Lask's violation of the order is crystal clear.  She indicated only a state for which she is not a citizen.

Accordingly, by **March 6, 2025**, Lask shall file an amended Rule 7.1 disclosure that provides the information required by the February 19, 2025 order.  Failure to do so will result in sanctions for contempt.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: March 3, 2025
       New York, New York

Copies transmitted this date to all counsel of record.