```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SUSAN LASK,                                                 :
                                                            :      24-CV-2666 (MMG) (RWL)
                              Plaintiff,                    :
                                                            :
                - against -                                 :      ORDER
                                                            :
MARGARET RHEE-KARN and DOUGLAS R.                           :
DOLLINGER,                                                  :
                                                            :
                              Defendants.                   :
------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

In connection with the motions concerning removal currently pending before the Court, and due to conflicting facts sworn to under oath, an evidentiary hearing shall be held with respect to service of process of the state court Summons and Notice on Defendant Rhee-Karn. The Court expects to hear testimony from Defendant Rhee-Karn, process server Beth Price, and Doorman Carlos Herrera. The Court's Deputy Clerk will schedule the hearing, which will take place in Courtroom 18D at the United States Courthouse, 500 Pearl Street, New York, New York. To be clear, the hearing will not address service on Defendant Dollinger.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: March 11, 2025
       New York, New York

Copies transmitted this date to all counsel of record.

1