UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
SUSAN LASK,                                                 :
:         24-CV-2666 (MMG) (RWL)
                    Plaintiff,                             :
:
        - against -                                        :         **NOTICE**
:
MARGARET RHEE-KARN,                                         :
and DOUGLAS R. DOLLINGER,                                   :
:
                    Defendants.                            :
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      Yesterday, this Court issued a combined Order and Report And Recommendation. (Dkt. 83.)  Pursuant to 28 U.S.C. § 636(b)(1) and Rules 72, 6(a), and 6(d) of the Federal Rules Of Civil Procedure, the parties have fourteen (14) days to file written objections to the Report And Recommendation.  Any party shall have fourteen (14) days to file a written response to the other party's objections.  Any such objections shall be filed with the Clerk of the Court, with courtesy copies delivered to the Chambers of the Honorable Margaret M. Garnett, United States Courthouse, 40 Foley Square, New York, New York 10007, and to the Chambers of the undersigned, at United States Courthouse, 500 Pearl Street, New York, New York 10007.  Any request for an extension of time for filing objections must be addressed to Judge Garnett.  **Failure to file timely objections will result in a waiver of the right to object and will preclude appellate review.**

                                                    SO ORDERED,

                                                    _____
                                                    ROBERT W. LEHRBURGER
                                                    UNITED STATES MAGISTRATE JUDGE

Dated: May 7, 2025
      New York, New York

Copies transmitted this date to all counsel of record.