*Law Office of*

*Douglas R. Dollinger, P.C.*

*& Associates, Counselors at Law*

*Admitted to Both*
*State and Federal Practice*

*Telephone*
845.741.9363

———

*Affiliated Offices*
San Francisco California
New York City New York

570 County Route 49
Middletown, New York 10940
ddollingeresq@gmail.com

October 13, 2025

**VIA ECF**
United States District Court
Southern District of New York
500 Pearl St.
New York, New York 10007-1312
The Honorable Margaret M. Garnett, USDJ

              Re: *Lask v. Rhee-Karn et al.*, 24-cv-2666 — Opposition to Enlargement Request

Your Honor:

    Regrettably, Counsel has transposed the identity of the Plaintiff and the Defendants in their opposition to Plaintiff Lask's request for an enlargement. It appears the Court itself has done the same in its Order of October 8, 2025 (ECF108).

    Plaintiff and Counsel respectfully apologize for the error and request consideration of their opposition under a correction in the proper identity of Plaintiff Lask and Defendants Karn and Dollinger.

                                                       Respectfully submitted,

                                                       Douglas R. Dollinger, Esq.
                                                       DRD/mg ECF Filed.

Opposition to Plaintiff's Motion for an Enlargement, October 12, 2025.