# Law Offices of
# SUSAN CHANA LASK

244 Fifth Avenue, Suite 2369
New York, N.Y. 10001

(917) 300-1958                              www.appellate-brief.com

October 10, 2025

Hon. Margaret M. Garnett
United States District Court
Southern District of New York
40 Foley Square, Room 2102
New York, NY 10007

Re: #24

Dear Judge Garnett:

> DENIED. If anything, the documentation Plaintiff provided with respect to her diagnosis as of August 29, 2025, demonstrates that she was well aware at the time of the Court's Opinion on September 24, 2025, that she may need additional time to file a motion for reconsideration. Despite the clarity of this Court's October 8 Order (Dkt. No. 106), she has not provided documentation supporting her purported inability to timely request an extension in advance of the October 8, 2025 deadline. Accordingly, and considering the entire history of this case and Ms. Lask's conduct, the request is denied.
>
> SO ORDERED. Dated October 14, 2025.
>
> *[signature]*
>
> HON. MARGARET M. GARNETT
> UNITED STATES DISTRICT JUDGE

Pursuant to the Court's Oct[ober 8 Order and due to a recent medical condition's] onset I submit this letter[.]

   As set forth in my September 7, 2025 filing in the Second Circuit (No. 25-1971) (attached hereto) regarding this recent condition, which that Court granted an extension: "On August 29, 2025, a medical examination documented high-grade nuclear sclerotic cataracts OU (both eyes), which significantly impairs her vision. This condition makes it difficult to review documents and complete filings. It is also painful to read from a computer past a few minutes, slowing any ability to read and draft documents. It is a functional impairment, a disability, until surgically corrected." In addition, for purposes of this letter to you, I experience unpredictable flare-ups from that condition along with a diagnosis of concurrent severe dry eye, causing sharp, stabbing ocular pain and burning that can persist for days, and fluctuating blurred vision. A flare-up this past weekend into Tuesday made it impossible to prepare even a brief advance-notice letter within the two-business-day window in the Court's Individual Rules.

   I am seeking a second opinion to avoid surgery at all costs; however, my doctor is unavailable until after next week. I can submit the initial medical diagnosis under seal, in camera[.]

   The delay was two days; there is no prejudice to the opposing party; I acted in good faith and moved promptly once able. Under Rule 6(b)(1)(B) (and consistent with Rule 83(a)(2)), I respectfully request a *nunc pro tunc* extension through October 17.

Very truly yours,
**LAW OFFICES OF SUSAN CHANA LASK**

/s/ Susan Chana Lask

**SUSAN CHANA LASK**

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

---

MARGARET RHEE-KARN,

        Plaintiff-Appellee,        Docket No. 25-1971

v.                                DECLARATION OF
                                    SUSAN CHANA LASK

SUSAN CHANA LASK,

        Defendant-Appellant.

---

    I, Susan Chana Lask, pursuant to 28 U.S.C. §1746, declare under penalty of perjury as follows:

1. I am counsel and Defendant-Appellant in this appeal. No other counsel has appeared. Appellee's district court counsel are listed and registered users of this court's CM/ECF system and receive all notices. One of the counsel orally informed this court that he is awaiting admission in this Circuit, as this docket reflects at number 10, but that has not occurred yet.

2. Forms C and D are currently due September 10, 2025.

3. I am presently experiencing a serious medical condition since August 25 that directly impacts my ability to timely file Forms C and D. Specifically, on August 29 I was diagnosed with visually significant bilateral nuclear sclerotic cataracts, which impairs my vision and slows my ability to read and prepare filings.

4. About August 25, I suffered acute worsening of my vision, during which I was unable to see and was diagnosed with this impairment on August 29. I am in the midst of scheduling further examinations the next few weeks, and surgical correction next month. Until then, I have trouble reading and typing, and require an extraordinary amount of additional time to complete court submissions that I never required before this impairment.

5. Because of this impairment and considering my interim medical appointments, I respectfully request an extension of time until September 30, 2025, to complete and file Forms C and D in this appeal as I have been unable to work on this since August 27, and my ability to do so takes more than double the time to read, review and draft anything. Especially important is that addendum A and B needed for Form C require a detailed review of the underlying case and docket to insure that all transcripts and trial exhibits are in the record, and require my review to adequately complete Form C with its summary of the case and appeal issues.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 7, 2025　　　　　　　　　　/s/ Susan Chana Lask

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Susan Chana Lask