Case: 25-2749, 12/11/2025, DktEntry: 20.1, Page 1 of 1
Case 1:24-cv-02666-MMG-RWL    Document 113    Filed 12/11/25    Page 1 of 1

1:24-cv-02666-MMG-RWL

**MANDATE**

UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 11th day of December, two thousand twenty-five.

Susan Chana Lask,

    Plaintiff - Appellant,

v.

Margaret Rhee‑Karn, Douglas Richard Dollinger,

    Defendant-Counter-Claimants-Appellees.

**ORDER**

Docket No. 25-2749

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED  12/11/2025

Appellant moves to withdraw this appeal.

IT IS HEREBY ORDERED that the motion is GRANTED. The appeal is deemed withdrawn.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 12/11/2025