UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SUSAN LASK,<br><br>Plaintiff,<br><br>- against -<br><br>MARGARET RHEE-KARN and DOUGLAS R. DOLLINGER,<br><br>Defendants. | 24-CV-2666 (MMG) (RWL)<br><br>**AMENDED ORDER** |

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Plaintiff has filed a letter motion at Dkt. 154 requesting a settlement conference and a 45-day stay of Defendants' motion to dismiss (Dkt. 135) and sanctions-fee application. (Dkt. 149.) A stay would defer Plaintiff's time to respond to the sanctions-fee application. Defendants are amenable to a settlement conference but oppose a stay. (Dkt. 156.) Having considered the matter and the parties' respective positions, the Court orders as follows:

1. The Court will refer this case to the District's mediation program, with a directive for the mediation to be completed within 45 days.

2. The Court denies the application for a stay. The Court will consider a stay in the future if the parties reach, or are close to reaching, an agreement in principle that resolves the case.

The Clerk of Court is respectfully directed to terminate the letter motion at Dkt. 154.

SO ORDERED.

ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: November 23, 2026
New York, New York

Copies transmitted this date to all counsel of record.